**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 13-1396-DOC (DFMx)           Date: February 4, 2016

Title: JAMES RIVER HOLDINGS CORPORATION V. ANTON AND CHIA LLP, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                         None Present

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD [49]**

Before the Court is Defendant Anton and Chia LLP's ("Defendant" or "Anton") Petition to Confirm Arbitration Award ("Petition") (Dkt. 49). The Court finds this matter appropriate for resolution without oral argument. Fed. R. Civ. P. 78; L.R. 7-15. For the following reasons, the Court hereby GRANTS the Petition.

**I. Background**

On January 17, 2014, the Court granted Defendant's Motion to Compel Arbitration (Dkt. 23). The parties subsequently agreed to the appointment of the Honorable David H. Brickner (ret.) to serve as the arbitrator of the matter. Status Report (Dkt. 32) at 1. On May 13, 2014, the parties received the official appointment of arbitrator with JAMS' arbitration rules and guidelines. *Id.*

On December 14, 2015,[1] Arbitrator Brickner issued a Final Award in the above-captioned matter. Final Award (Dkt. 49-1). He determined that Plaintiff could not prevail on any of its four theories – breach of contract/unjust enrichment, conversion,

---

[1] Defendant states that the Arbitrator issued the Final Award on December 15, 2015, though the Final Award is dated December 14, 2015, *see* Final Award (Dkt. 49-1) at 9.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 13-1396-DOC (DFMx)                                Date: February 4, 2016
                                                                                                     Page 2

malpractice, and fraud. *Id.* at 5. Thus, Arbitrator Brickner concluded that "James River Holdings Corp. shall take nothing by its claim against Respondent, Anton & Chia LLP." *Id.* at 7. He also awarded Defendant attorney's fees and costs in the amount of $127,412.94. *Id.* at 9.

On January 20, 2016, Defendant filed the instant Petition seeking to confirm the Final Award. Plaintiff failed to file a timely Opposition. *See* L.R. 7-9.

## II. Legal Standard

Under the Federal Arbitration Act,

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration . . . then at any time within one year after the award is made any party to the arbitration may apply to the court . . . for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of [the Arbitration Act].

9 U.S.C. § 9; *Lagstein v. Certain Underwriters at Lloyd's, London*, 607 F.3d 634, 640 (9th Cir. 2010). "A motion to confirm an arbitration award is intended to be a summary proceeding that merely makes the arbitrators' award a final, enforceable judgment of the court." *Hannibal Pictures v. Les Films de l'Elysee*, No. CV 12- 6434 CAS JCGX, 2012 WL 6608595, at *2 (C.D. Cal. Dec. 18, 2012) (internal quotation marks omitted).

The party seeking to vacate an award bears the burden of establishing grounds to vacate. *U.S. Life Ins. v. Super. Nat. Ins. Co.*, 591 F.3d 1167, 1173 (9th Cir. 2010). One of the few grounds on which a court may vacate an award is "where the arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made." 9 U.S.C. § 10(a)(4).

## III. Discussion

Plaintiff has not filed a timely opposition. This alone is sufficient reason to confirm the Final Award. *See* L.R. 7-12. Further, in the absence of any arguments why the Final Award should be vacated, the Court has no basis for vacating or modifying the award. Accordingly, the Court CONFIRMS the Final Award.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 13-1396-DOC (DFMx)                                                          Date: February 4, 2016

Page 3

## IV.   Disposition

For the reasons stated above, the Court GRANTS the Petition.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: djg

MINUTES FORM 11
CIVIL-GEN